```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

JACQUELINE HUGHES,             )
                               )
            Plaintiff,         )       4:06CV3238
                               )
      v.                       )
                               )
SUN LIFE ASSURANCE COMPANY OF  )       ORDER
CANADA,                        )
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

The joint oral motion of the parties is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to January 19, 2007.

DATED this 4th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge