IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQUELINE HUGHES, | ) | 4:06CV3238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| SUN LIFE ASSURANCE | ) | |
| COMPANY OF CANADA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 17) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

April 30, 2007.                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge